|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   |                                                                 |
| 3   |                                                                 |
| 4   |                                                                 |
| 5   |                                                                 |
| 6   |                                                                 |
| 7   |                                                                 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-cr-00075-MCE |
|---|---|
| Plaintiff, | |
| v. | |
| SALVADOR JAMAICA-ARELLANO, et al., | **NON RELATED CASE ORDER** |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:11-cr-00076-LKK |
| Plaintiff, | |
| v. | |
| CRESCENCIO DELGADO-EZQUIVEL, et al., | |
| Defendants. | |

The Court has received the Notice of Related Cases concerning the above-captioned cases filed February 16, 2011. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

1

1  This Order is issued for informational purposes only, and shall
2  have no effect on the status of the cases, including any previous
3  Related (or Non-Related) Case Order of this Court.
4      IT IS SO ORDERED.

Dated: February 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE