DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CRESCENIO DELGADO-ESQUIVEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-11-00076-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| CRESCENCIO DELGADO-ESQUIVEL, ) | |
| et al., ) | Date: April 26, 2011 |
| ) | Time: 9:15 a.m. |
| Defendants. ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant United States Attorney; DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant CRESCENCIO DELGADO-ESQUIVEL; DANNY BRACE, attorney for defendant ARMANDO VASQUEZ-BARRAGAN; DINA SANTOS, attorney for defendant WALDO PEREZ-MENDOZA; MICHAEL HANSEN, attorney for defendant NORMA GONZALEZ; and DWIGHT SAMUEL, attorney for defendant VICTOR GONZALEZ, that the status conference of March 8, 2011 at 9:15 a.m., be vacated, and the matter be set for status conference on April 26, 2011 at 9:15 a.m.

The reason for the continuance to allow defense counsel additional time to review the voluminous discovery that was just recently obtained

1 and to investigate the facts of the case. The parties agree a continuance
2 is necessary for these purposes, and agree to exclude time under the
3 Speedy Trial Act accordingly.

4   IT IS STIPULATED that the period from the date of the parties'
5 stipulation, March 3, 2011 and up to and including the April 26, 2011
6 Status Conference, shall be excluded in computing the time within which
7 trial of this matter must be commenced under the Speedy Trial Act,
8 pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4
9 (ongoing preparation of defense counsel).

Dated: March 3, 2011          Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              */s/ Doug Beevers*
                              DOUG BEEVERS
                              Assistant Federal Defender
                              Attorney for Defendant
                              CRESCENCIO DELGADO-ESQUIVEL

Dated: March 3, 2011          */s/ Danny Brace*
                              DANNY BRACE
                              Attorney for Defendant
                              ARMANDO VASQUEZ-BARRAGAN

Dated: March 3, 2011          */s/Dina Santos*
                              DINA SANTOS
                              Attorney for Defendant
                              WALDO PEREZ-MENDOZA

Dated: March 3, 2011          */s/ Michael Hansen*
                              MICHAEL HANSEN
                              Attorney for Defendant
                              NORMA GONZALEZ

Dated: March 3, 2011          */s/ Dwight Samuel*
                              DWIGHT SAMUEL
                              Attorney for Defendant
                              VICTOR GONZALEZ

Dated: March 3, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Samuel Wong*
                              SAMUEL WONG
                              Assistant U.S. Attorney

Stip and Order                -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 8, 2011, be continued to April 26, 2011, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, March 3, 2011, up to and including, the April 26, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

Dated: March 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stip and Order                    -3-