```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
WALDO PEREZ MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-076 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| CRESCENCIO DELGADO-EZQUIVEL ) | |
| ARMANDO VASQUEZ-BARRAGAN ) | |
| WALDO PEREZ MENDOZA ) | Date    May 24 , 2011 |
| NORMA GONZALEZ, ) | Time:   9:15 a.m. |
| VICTOR GONZALEZ, ) | Judge:  Hon. Karlton |
| Defendants. ) | |

_____

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Waldo Perez Mendoza; Attorney Douglas Beevers, Counsel for Crescencio Delgado-Esquivel; Attorney Danny Brace, Counsel for Armando Vasquez-Barragan; Attorney Michael Hansen, Counsel for Norma Gonzalez, Attorney Dwight Samuel, Counsel for Victor Gonzalez, that the status conference scheduled for April 26, 2011, be vacated and the matter be continued to this Court's criminal calendar on May 24, 2011, at 9:15 a.m. for further status.

This continuance is requested by the defense in order to permit

1 counsel to conduct investigation, review discovery, and engage in
2 negotiations with the prosecution in attempt to reach a plea agreement.
3     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
5 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
6 ends of justice served in granting the continuance and allowing the
7 defendant further time to prepare outweigh the best interests of the
8 public and the defendant in a speedy trial.
9     The Court is advised that all counsel have conferred about this
10 request, that they have agreed to the May 24, 2011 date, and that all
11 counsel have authorized Ms. Santos to sign this stipulation on their
12 behalf.

15     **IT IS SO STIPULATED.**

17 Dated: April 20, 2011     /S/ Dina L. Santos
18     DINA L. SANTOS
    Attorney for
19     Waldo Mendoza-Perez

20 Dated: April 20, 2011     /S/ Douglas Beevers
    DOUGLAS BEEVERS
21     Attorney for
    Crescencio Delgado-Esquivel

22 Dated: April 20, 2011     /S/ Danny Brace
    DANNY BRACE
23     Attorney for
    Armando Vasquez-Barragan

24
Dated: April 20, 2011     /S/ Michael Hansen
25     MICHAEL HANSEN
    Attorney for
26     Norma Gonzalez

27 Dated: April 20, 2011     /S/ Dwight Samuel
    DWIGHT SAMUEL
28     Attorney for

```
                                        Victor Gonzalez


Dated: April 20, 2011                    /S/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

        By the Court,

Dated: April 25, 2011

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT