Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
NORMA GONZALEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CRESCENCIO DELGADO-EZQUIVEL, et al.,<br><br>　　　　　　Defendants. | No. 2:11-CR-00076-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff; Douglas Beevers, attorney for defendant Crescencio Delgado-Ezquivel; Danny D. Brace, Jr., attorney for defendant Armando Vasquez-Barragan; Dina Santos, attorney for defendant Waldo Perez-Mendoza; Michael E. Hansen, attorney for defendant Norma Gonzalez; and Dwight Samuel, attorney for defendant Victor Gonzalez, that the previously-scheduled status conference date of May 24, 2011, be vacated and the matter set for status conference on July 19, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. This task is made more difficult as some of the recorded conversations that are involved in the discovery provided by the United States are in the Spanish language and the defense counsel will need the assistance of a Spanish/English language interpreter to review the discovery.

**Stipulation and [Proposed] Order to Continue Status Conference**

1  Also, Michael Hansen, counsel for defendant David Avila-Sandoval, is presently in trial.

2  Accordingly, all counsel and each defendant agree that time under the Speedy Trial Act
3  from the date this stipulation is lodged, through July 19, 2011, should be excluded in
4  computing time within which trial must commence under the Speedy Trial Act, pursuant to
5  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
6  counsel to prepare].

7  Dated: May 20, 2011  Respectfully submitted,

8  /s/ Michael E. Hansen
   MICHAEL E. HANSEN
9  Attorney for Defendant
   NORMA GONZALEZ

10
11 Dated: May 20, 2011  /s/ Michael E. Hansen for
                        DOUGLAS BEEVERS
                        Attorney for Defendant
12                      CRESCENCIO DELGADO-EZQUIVEL

13 Dated: May 20, 2011  /s/ Michael E. Hansen for
                        DANNY D. BRACE, JR.
14                      Attorney for Defendant
                        ARMANDO VASQUEZ-BARRAGAN
15
   Dated: May 20, 2011  /s/ Michael E. Hansen for
16                      DINA SANTOS
                        Attorney for Defendant
17                      WALDO PEREZ-MENDOZA

18 Dated: May 20, 2011  /s/ Michael E. Hansen for
                        DWIGHT SAMUEL
19                      Attorney for Defendant
                        VICTOR GONZALEZ
20
   Dated: May 20, 2011  BENJAMIN B. WAGNER
21                      United States Attorney

22                      By: /s/ Michael E. Hansen for
                        SAMUEL WONG
23                      Assistant U.S. Attorney
                        Attorney for Plaintiff
24
25
26
27
28

2

**Stipulation and [Proposed] Order to Continue Status Conference**

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of May 24, 2011, be vacated and the matter set for status conference on July 19, 2011. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 23, 2011, stipulation, time from May 20, 2011, through and including July 19, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with reasonable time to prepare taking into account due diligence.

Dated:   May 23, 2011

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and [Proposed] Order to Continue Status Conference