```
                                                    ┌─────────────────────────┐
                                                    │         FILED           │
                                                    │      June 6, 2011       │
                UNITED STATES DISTRICT COURT        │ CLERK, US DISTRICT COURT│
                                                    │  EASTERN DISTRICT OF    │
            FOR THE EASTERN DISTRICT OF CALIFORNIA  │     CALIFORNIA          │
                                                    │      DEPUTY CLERK       │
                                                    └─────────────────────────┘
```

UNITED STATES OF AMERICA,             )
                                      )      CASE NUMBER: 2:11-cr-00076 LKK
        Plaintiff,        )
                                      )
v.                                    )      ORDER FOR RELEASE
                                      )      OF PERSON IN CUSTODY
WALDO PEREZ MENDOZA,                  )
                                      )
        Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Waldo Perez Mendoza ; Case 2:11-cr-00076 LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        __    Release on Personal Recognizance

        __    Bail Posted in the Sum of _____

        X     Unsecured Appearance Bond in the amount of $200,000 co-signed by Laura Perez and Rodolfo Quesada-Perez.

        __    Appearance Bond with 10% Deposit

        X     Appearance Bond secured by all available equity in the real property owned by Salvador Perez and Margarita Perez.

        __    Corporate Surety Bail Bond

        X     (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  6/6/2011  at  12:10 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge