1 Michael E. Hansen
Attorney at Law, SBN 191737
2 711 Ninth Street, Suite 100
Sacramento, CA  95814
3 916.438.7711 FAX 916.864.1359

4 Attorney for Defendant
NORMA GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRESCENCIO DELGADO-EZQUIVEL, et al.,<br><br>Defendants. | No. 2:11-CR-00076-LKK<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff; Douglas Beevers, attorney for defendant Crescencio Delgado-Ezquivel; Danny D. Brace, Jr., attorney for defendant Armando Vasquez-Barragan; Dina Santos, attorney for defendant Waldo Perez-Mendoza; Michael E. Hansen, attorney for defendant Norma Gonzalez; and Dwight Samuel, attorney for defendant Victor Gonzalez, that the previously-scheduled status conference date of July 19, 2011, be vacated and the matter set for status conference on September 20, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. In addition, as to defendant Crescencio Delgado-Ezquivel, these tasks are made more difficult as he is charged in two federal criminal indictments stemming from the same law enforcement investigation.

1

**Amended Stipulation and [Proposed] Order to Continue Status Conference**

Accordingly, all parties agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 20, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: July 15, 2011                     Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
NORMA GONZALEZ

Dated: July 15, 2011                     /s/ Michael E. Hansen for
DOUGLAS BEEVERS
Attorney for Defendant
CRESCENCIO DELGADO-EZQUIVEL

Dated: July 15, 2011                     /s/ Michael E. Hansen for
DANNY D. BRACE, JR.
Attorney for Defendant
ARMANDO VASQUEZ-BARRAGAN

Dated: July 15, 2011                     /s/ Michael E. Hansen for
DINA SANTOS
Attorney for Defendant
WALDO PEREZ-MENDOZA

Dated: July 15, 2011                     /s/ Michael E. Hansen for
DWIGHT SAMUEL
Attorney for Defendant
VICTOR GONZALEZ

Dated: July 15, 2011                     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**Amended Stipulation and [Proposed] Order to Continue Status Conference**

## ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its order. It is further ordered that the previously-scheduled status conference date of July 19, 2011, be vacated and the matter set for status conference on September 20, 2011, at 9:15 a.m. The Court specifically finds that the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial. Time from July 15, 2011, to and including September 20, 2011, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: July 15, 2011

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Amended Stipulation and [Proposed] Order to Continue Status Conference**