Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
NORMA GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00076 LKK |
| Plaintiff, | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| CRESCENCIO DELGADO-EZQUIVEL, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Norma Gonzalez; Douglas Beevers, attorney for defendant Crescencio Delgado-Ezquivel; Danny D. Brace, Jr., attorney for defendant Armando Vasquez-Barragan; Dina Santos, attorney for defendant Waldo Perez-Mendoza; and Dwight Samuel, attorney for defendant Victor Gonzalez, that the previously-scheduled status conference date of September 20, 2011, be vacated and the matter set for status conference on December 13, 2011, at 9:15 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. These tasks are made more difficult and time-consuming because many of the defendants are Spanish language speakers and communications with their counsel need to be conducted with the assistance of a Spanish-English language interpreter and/or the defendants are housed in

1

**Amended Stipulation and Order to Continue Status Conference**

1   outlying county jails outside of Sacramento County.

2          The Government concurs with this request.

3          Further, the parties agree and stipulate the ends of justice served by the granting of such

4   a continuance outweigh the best interests of the public and the defendants in a speedy trial and

5   that time within which the trial of this case must be commenced under the Speedy Trial Act

6   should therefore be excluded under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv),

7   corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of

8   the parties' stipulation, September 16, 2011, to and including December 13, 2011.  The parties

9   further stipulate and agree that the failure to grant the requested continuance in this case would

10  deny counsel for defendants reasonable time necessary for effective preparation, taking into

11  account the exercise of due diligence.

12         Accordingly, the parties respectfully request the Court adopt this proposed stipulation

13  as its order.

14         IT IS SO STIPULATED.

15  Dated:  September 16, 2011                    Respectfully submitted,

16                                               /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
17                                               Attorney for Defendant
                                                 NORMA GONZALEZ
18
    Dated:  September 16, 2011                    /s/ Michael E. Hansen for
19                                               DOUGLAS BEEVERS
                                                 Attorney for Defendant
20                                               CRESCENCIO DELGADO-EZQUIVEL

21  Dated:  September 16, 2011                    /s/ Michael E. Hansen for
                                                 DANNY D. BRACE, JR.
22                                               Attorney for Defendant
                                                 ARMANDO VASQUEZ-BARRAGAN
23
    Dated:  September 16, 2011                    /s/ Michael E. Hansen for
24                                               DINA SANTOS
                                                 Attorney for Defendant
25                                               WALDO PEREZ-MENDOZA

26  Dated:  September 16, 2011                    /s/ Michael E. Hansen for
                                                 DWIGHT SAMUEL
27                                               Attorney for Defendant
                                                 VICTOR GONZALEZ
28

                                            2

**Amended Stipulation and Order to Continue Status Conference**

Dated: September 16, 2011                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Michael E. Hansen for
                                             SAMUEL WONG
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff


## ORDER

     The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

     The Court orders that the time from the date of the parties' stipulation, September 16, 2011, to and including December 13, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the September 20, 2011, status conference shall be continued until December 13, 2011, at 9:15 a.m.

     **IT IS SO ORDERED**.

Dated: September 19, 2011

                                             LAWRENCE K. KARLTON
                                             SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT

3

**Amended Stipulation and Order to Continue Status Conference**