Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
NORMA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CRESCENCIO DELGADO-EZQUIVEL, et al.,<br><br>            Defendants. | No. 2:11-CR-00076 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Norma Gonzalez; Douglas Beevers, attorney for defendant Crescencio Delgado-Ezquivel; Danny D. Brace, Jr., attorney for defendant Armando Vasquez-Barragan; Dina Santos, attorney for defendant Waldo Perez-Mendoza; and Dwight Samuel, attorney for defendant Victor Gonzalez, that the previously-scheduled status conference date of December 13, 2011, be vacated and the matter set for status conference on February 28, 2012, at 9:15 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Plea agreements for some defendants are expected to be tendered shortly after ongoing negotiations are completed.  These tasks are made more difficult and time-consuming because many of the defendants are Spanish language speakers and communications with their counsel

1

**Stipulation and  Order to Continue Status Conference**

1  need to be conducted with the assistance of a Spanish-English language interpreter and/or the
2  defendants are housed in outlying county jails outside of Sacramento County.  Defense counsel
3  need additional time to explain the ramifications of any proposed plea agreements to their
4  respective clients and to prepare their respective client's defense in the event that there is no
5  pretrial resolution of this case.  Further, all parties stipulate and agree that the Court shall find
6  this case complex and unusual within the meaning of 18 U.S.C. sections 3161(h)(A) and (B)(ii)
7  and Local Code T-2 because defendant Delgado-Ezquivel is named as a defendant in two
8  separate methamphetamine conspiracy and trafficking Indictments with multiple Spanish
9  speaking only co-defendants, multiple counts, and numerous Spanish language audio
10 recordings that must be translated to English, all of which make it unreasonable to expect
11 adequate preparation for pretrial proceedings and trial itself within the time limits established
12 in 18 U.S.C. Section 3161.

13    The Government concurs with this request.

14    Further, the parties agree and stipulate that the Court shall find the ends of justice
15 served by the granting of such a continuance outweigh the best interests of the public and the
16 defendants in a speedy trial and that time within which the trial of this case must be
17 commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections
18 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to
19 prepare), from the date of the parties' stipulation, December 9, 2011, to and including
20 February 28, 2012.  The parties  further stipulate and agree that the failure to grant the
21 requested continuance in this case would deny counsel for defendants reasonable time
22 necessary for effective preparation, taking into account the exercise of due diligence.

23    Accordingly, the parties respectfully request the Court adopt this proposed stipulation
24 as its order.

25    IT IS SO STIPULATED.

26 Dated:  December 9, 2011                             Respectfully submitted,

27                                                     /s/ Michael E. Hansen
                                                       MICHAEL E. HANSEN
28                                                     Attorney for Defendant
                                                       NORMA GONZALEZ

2

**Stipulation and  Order to Continue Status Conference**

| | | |
|---|---|---|
| Dated: December 9, 2011 | | /s/ Michael E. Hansen for<br>DOUGLAS BEEVERS<br>Attorney for Defendant<br>CRESCENCIO DELGADO-EZQUIVEL |
| Dated: December 9, 2011 | | /s/ Michael E. Hansen for<br>DANNY D. BRACE, JR.<br>Attorney for Defendant<br>ARMANDO VASQUEZ-BARRAGAN |
| Dated: December 9, 2011 | | /s/ Michael E. Hansen for<br>DINA SANTOS<br>Attorney for Defendant<br>WALDO PEREZ-MENDOZA |
| Dated: December 9, 2011 | | /s/ Michael E. Hansen for<br>DWIGHT SAMUEL<br>Attorney for Defendant<br>VICTOR GONZALEZ |
| Dated: December 9, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex in that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. Section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 9, 2011, to and including February 28, 2012, shall be excluded from computation of time within

1  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
2  U.S.C. section 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T-2 (complex and unusual
3  case) and T-4 (reasonable time for defense counsel to prepare).  It is further ordered that the
4  December 13, 2011, status conference shall be continued until February 28, 2012, at 9:15 a.m.

5  **IT IS SO ORDERED**.

6  Dated:  December 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and  Order to Continue Status Conference**