BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-076 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| CRESENCIO DELGADO-EZQUIVEL, et al., | Court:  Hon. Lawrence K. Karlton |
| Defendants. | |

It is hereby stipulated and agreed to by the parties, through their undersigned counsel, that:

1.  The presently set October 2, 2012, status conference shall be continued to November 20, 2012, at 9:15 a.m.

2.  The time period from the date of this stipulation, September 28, 2012, to and including, the new status conference hearing of November 20, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation and

1

continuity of counsel.

    3.  The parties jointly request this continuance for the following reasons:  (1) to allow defendant Crescencio Delgado-Ezquivel to obtain an updated and revised pre-plea presentence report that encompasses both of the criminal cases presently charged against him so that he can intelligently decide his course of action in this case, to wit:  pretrial settlement or trial; (2) to allow defendant Victor Gonzalez's expert additional time to retest and reweigh Drug Exhibit No. 5, which scientific test results are critical to Victor Gonzalez's defense; and (3) Danny Brace, Esq., counsel for defendant Armando Vasquez-Barragan, is unavailable for the October 2, 2012, as he will be in trial in another matter.

    The parties further stipulate and agree that the Court should find that:  (1) the failure to grant a continuance in this case would deny defendant Vasquez-Barragan continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

    IT IS SO STIPULATED.

Dated:  September 28, 2012          Respectfully submitted,


                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        NORMA GONZALEZ

```
                                /s/ Doug Beevers
                                DOUGLAS BEEVERS
                                Attorney for Defendant
                                CRESCENCIO DELGADO-EZQUIVEL


                                /s/ Danny D. Brace
                                DANNY D. BRACE
                                Attorney for Defendant
                                ARMANDO VASQUEZ-BARRAGAN


                                /s/ Dina Santos
                                DINA SANTOS
                                Attorney for Defendant
                                WALDO PEREZ-MENDOZA


                                /s/ Dwight Samuel
                                DWIGHT SAMUEL
                                Attorney for Defendant
                                VICTOR GONZALEZ

                                BENJAMIN B. WAGNER
                                United States Attorney

                           By:  /s/ Samuel Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**ORDER**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set October 2, 2012, status conference shall be continued to November 20, 2012, at 9:15 a.m. The Court orders that time from the date of the parties' stipulation, September 28, 2012, to, and including the new status conference on November 20, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4

pertaining to defense preparation and continuity of counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant Vasquez-Barragan continuity of counsel. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is so ordered.

Dated: October 1, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT