Dwight M. Samuel (SBN 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193, DwightSamuelatty@yahoo.com

Attorney for defendant
VICTOR GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR-S-11-076 |
| Plaintiff, | |
| | STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| | Date:    March 5, 2013 |
| VICTOR GONZALEZ, et, al., | Time:    9:15 a.m. |
| Defendants. | Judge:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for plaintiff; MICHAEL E. HANSEN, attorney for defendant NORMA GONZALEZ; DOUGLAS BEEVERS, attorney for defendant CRESCENCIO DELGADO-EZQUIVEL; DANNY D. BRACE, JR., attorney for defendant ARMANDO VASQUEZ-BARRANGAN; DINA SANTOS, attorney for defendant WALDO PEREZ-MENDOZA; and DWIGHT M. SAMUEL, attorney for defendant VICTOR GONZALEZ, that the previously scheduled status conference date of January 29, 2013, be vacated and the matter set for status conference on March 5, 2013, at 9:15 a.m.

This request is made to allow the United States to send plea agreements to those defendants who want to resolve their cases and then set the matter for a trial setting conference for any defendants who want to proceed to trial.

The government and defendants agree that exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 [reasonable time to prepare], and further agree

1   that this exclusion of time includes the period from January 29, 2013, up to and including

2   March 5, 2013. It is further agreed and stipulated that the ends of justice served in granting

3   this request outweigh the best interests of the public and the defendants in a speedy trial.

4        SO STIPULATED

5                            Respectfully submitted,

6

7   Dated: January 25, 2013         By: /s/  Dwight M Samuel
                                       DWIGHT SAMUEL

8                                          Attorney for Defendant
                                       VICTOR GONZALEZ

9

10  Dated: January 25, 2013         BENJAMIN WAGNER
                                       United States Attorney

11                                     /s/ Dwight M Samuel for

12                                       SAMUEL WONG
                                     Assistant U.S. Attorney

13

14  Dated: January 25, 2013         /s/   Dwight M Samuel for

15                                       DOUG BEEVERS
                                     Attorney for Defendant

16                                     CRESCENCIO DELGADO-ESQUIVEL

17  Dated: January 25, 2013         /s/   Dwight M Samuel for

18                                       MICHAEL E. HANSEN
                                     Attorney for Defendant

19                                     NORMA GONZALEZ

20  Dated: January 25, 2013         /s/   Dwight M Samuel for

21                                       DANNY D. BRACE, JR
                                     Attorney for Defendant

22                                     ARMANDO VASQUEZ-BARRAGAN

23  Dated: January 25, 2013         /s/   Dwight M Samuel for

24                                       DINA SANTOS
                                     Attorney for Defendant
                                   WALDO PEREZ-MENDOZA

25

26

27

28

2

**ORDER**

For the reasons set forth in the foregoing Stipulation of Counsel, IT IS ORDERED THAT:

The Status Conference now set for January 29, 2013, at 9:15 a.m. is VACATED, and the above-captioned matter is set for Status Conference on March 5, 2013 at 9:15 a.m.

The Court finds excludable time in this matter through March 5, 2013, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court further finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4.


Dated: January 29, 2013


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT