BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALDO PEREZ-MENDOZA,<br><br>Defendants. | CASE NO. 2:11-CR-076-LKK<br><br>STIPULATION AND ORDER VACATING TRIAL CONFIRMATION HEARING DATE AND TRIAL DATE; SETTING STATUS CONFERENCE; AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Court: Hon. Lawrence K. Karlton |

Plaintiff United States of America and defendant Waldo Perez-Mendoza, through their respective counsel, stipulate and agree to: (1) vacate the currently set August 19, 2014, trial confirmation hearing and September 16, 2014, trial date; and (2) set the case for further status conference on September 30, 2014, before the next District Judge assigned to this case after the retirement of District Judge Lawrence K. Karlton, who is scheduled to leave the bench at the end of August 2014. This request for a continuance is made on the grounds that: (1) current defense counsel for defendant Perez-Mendoza, Todd Leras, Esq., was appointed to represent Perez-Mendoza on July 17, 2014; (2) Since the time of his appointment, Mr. Leras has learned of new matters which require additional legal research and investigation. The additional preparation time is needed by defense counsel for the following reasons: 1) Perez-Mendoza is a Spanish-speaking only client, who resides outside the Sacramento, California

1

area and a Spanish/English language interpreter is needed to facilitate communications between attorney and client, and either client and/or attorney need to travel substantial time and distance to personally meet; and (2) the alleged crimes involving five conspirators occurred in Tehama and Stanislaus Counties in 2012 and investigation may need to be performed in those locations.

Accordingly, the parties stipulate and agree that: (1) the continuance requested herein is necessary to provide defense counsel reasonable time to prepare his client's defense taking into account the exercise of due diligence within the meaning of the Speedy Trial Act; (2) the Court shall find that the ends of justice in vacating the currently set trial confirmation and trial dates, and continuing this matter for trial outweigh the best interests of the public and the defendant in a speedy trial; and (3) time from the date of this stipulation, August 8, 2014, to and including the new status conference date of September 30, 2014, before the next District Judge assigned to this case shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

Dated: August 8, 2014          /s/ Todd Leras
                          By:
                               TODD LERAS
                               Attorney for defendant
                               Waldo Perez-Mendoza


Dated: August 8, 2014          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Samuel Wong

                          By:
                               SAMUEL WONG
                               Assistant U.S. Attorney

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by vacating the currently set August 19, 2014, trial confirmation hearing and September 16, 2014, trial date and granting a continuance in the trial of this case outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation on August 8, 2014, up to and including next status conference hearing on September 30, 2014, before the next District Judge assigned this case shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defense counsel reasonable time to prepare. The presently set August 19, 2014, trial confirmation hearing and September 16, 2014, trial date are ORDERED vacated.

Dated: August 11, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3