LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
WALDO PEREZ-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WALDO PEREZ-MENDOZA,<br><br>            Defendant. | Case No.: 2:11-CR-076 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     September 30, 2014<br>Time:     9:30 a.m.<br>Court:    Hon. John A. Mendez |

    This matter is presently set for a status conference before the Court on September 30, 2014.  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Samuel Wong, and Defendant Waldo Perez-Mendez by and through his attorney Todd D. Leras, request that the Court continue the status conference to October 21, 2014, at 9:30 a.m.  The parties anticipate that at that time the matter will either resolve or be set for jury trial.

    This matter was reassigned to this Court following the retirement of Senior United States District Court Judge Lawrence K. Karlton.  Mr. Leras was appointed to replace previous counsel on July 17, 2014.  Following his appointment, Mr. Leras became aware of matters requiring additional investigation and legal research.  He has not

ORDER CONTINUING STATUS
CONFERENCE

yet completed those matters due in part to language barriers requiring the use of a Spanish interpreter to communicate with the defendant and prospective witnesses.  In addition, this matter involves allegations of a drug distribution conspiracy stretching from Stanislaus to Tehama Counties.  The geographical distance has posed some difficulty in completing necessary investigation in the approximate two-month period since Mr. Leras was appointed as replacement counsel.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference for three weeks to October 21, 2014.  They also stipulate and agree that an exclusion of time up to and including October 21, 2014, is appropriate based on defense counsel's need for reasonable preparation time.

Assistant U.S. Attorney Samuel Wong has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED:  September 26, 2014

By ____Todd D. Leras for_____
SAMUEL WONG
Assistant United States Attorney

DATED:  September 24, 2014

By ____/s/ Todd D. Leras_____
TODD D. LERAS
Attorney for Defendant
WALDO PEREZ-MENDOZA

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for September 30, 2014, is vacated. A new status conference is scheduled for October 21, 2014, at 9:30 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 30, 2014, up to and including October 21, 2014.

DATED: September 26, 2014

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING STATUS CONFERENCE