| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 428 J Street, Suite 350 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | WALDO PEREZ-MENDOZA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-076 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATIN HEARING |
| WALDO PEREZ-MENDOZA, | |
| Defendant. | Date:  March 10, 2015 |
|   | Time:   9:15 a.m. |
|   | Court:  Hon. John A. Mendez |

   This matter is presently set for a Trial Confirmation Hearing before the Court on February 24, 2015.  A jury trial is scheduled to commence on April 13, 2015.  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Samuel Wong, and Defendant Waldo Perez-Mendez by and through his attorney Todd D. Leras, request that the Court continue the Trial Confirmation Hearing to March 10, 2015, at 9:15 a.m.

ORDER CONTINUING TRIAL
CONFIRMATION HEARING

The parties have negotiated a proposed resolution of the matter that needs to be incorporated into a written plea agreement.  Mr. Perez-Mendoza requires the services of a Spanish language interpreter.  The additional time is needed to review the terms of the pending written plea agreement and to prepare Mr. Perez-Mendoza for a possible change of plea hearing.  An exclusion of time for the period required to bring the matter to trial under the Speedy Trial Act has previously been requested by the parties and approved by the Court up to and including April 13, 2015.  The requested continuance of the Trial Confirmation Hearing therefore serves the purpose of judicial economy by potentially eliminating the need for a jury trial without requiring an additional basis for excluding time under the Speedy Trial Act.

For the reasons stated in the preceding paragraph, the parties request to continue the Trial Confirmation Hearing for two weeks to March 10, 2015.  Assistant U.S. Attorney Samuel Wong has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED:  February 19, 2015

By     Todd D. Leras for
       SAMUEL WONG
       Assistant United States Attorney

DATED:  February 19, 2015

By     /s/ Todd D. Leras
       TODD D. LERAS
       Attorney for Defendant
       WALDO PEREZ-MENDOZA

ORDER CONTINUING TRIAL
CONFIRMATION HEARING

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Trial Confirmation Hearing in this matter scheduled for February 24, 2015, is vacated.  A Trial Confirmation Hearing/Possible Change of Plea Hearing is scheduled for March 10, 2015, at 9:15 a.m.  Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period  up to and including April 13, 2015.

DATED:  February 2/20/20152015

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE

ORDER CONTINUING TRIAL
CONFIRMATION HEARING