LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
WALDO PEREZ-MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-076 JAM |
| Plaintiff, | |
| vs. | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| WALDO PEREZ-MENDOZA, | |
| Defendant. | |

Defendant Waldo Perez-Mendoza (hereafter referred to as "Mr. Perez") is presently serving a 24-month sentence for Misprision of a Felony following entry of a plea pursuant to a written plea agreement. He was sentenced on June 16, 2015 (Docket Entry 190 – Minutes for Sentencing). A Judgment and Commitment Order was filed in this action on June 17, 2015 (Docket Entry 189).

REQUEST TO EXONERATE BOND

Prior to entry of a guilty plea, Mr. Perez had been released on pre-trial conditions, including the posting of a $200,000 appearance bond secured by the available equity in the home of his brother Salvador Perez-Mendoza located at 105 Chaparral Street, Salinas, California (hereafter referred to as "the Chaparral residence").

Given the resolution of this case and Mr. Perez's subsequent surrender for service of his sentence, it is requested that the secured bond for the Chaparral residence be exonerated and that the Clerk of the District Court be directed to re-convey back to the Surety or Trustor any applicable Deed of Trust and Promissory Note.

DATED: April 4, 2016

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      WALDO PEREZ-MENDOZA

REQUEST TO
EXONERATE BOND

**ORDER**

IT IS HEREBY ORDERED that the $200,000 Bond secured by the available equity through a deed of trust and promissory note for the property of Salvador Perez-Mendoza located at 105 Chaparral Street, Salinas, California is hereby exonerated.  The Clerk of the District Court is further directed as soon as practicable to re-convey back to the Trustor the Deed of Trust and Promissory Note securing the Bond.

DATED:  April 5, 2016

    /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

REQUEST TO
EXONERATE BOND